UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6090

AGI Logistics, Inc.
and
AGI Logistics USA LLC

       Plaintiff,

-v-

Steve & Barry's, LLC

       Defendant.

Case No.

RECEIVED JUL 0 2 2008 U.S.D.C. S.D. N.Y. CASHIERS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AGI Logistics, Inc. and AGI Logistics USA LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 7/2/08

Signature of Attorney

Attorney Bar Code: VMD 6515

Form Rule7_1.pdf  SDNY Web 10/2007